In the Matter of NORMAN E. ROTH et al. Appellants, v CITY OF SYRACUSE et al., Respondents. (And Other Proceedings.)

Submitted March 18, 2013; decided March 21, 2013

Motion by New York State Conference of Mayors and Municipal Officials et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.